ACCEPTED
01-15-00116-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 3:26:48 PM
CHRISTOPHER PRINE
CLERK

## COURT OF APPEALS NO. 01-15-00116-CR

## TRIAL COURT CAUSE NO. 1447517

| | | |
|---|---|---|
| **WILLIAM CORMAC QUINN** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **vs** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **FIRST DISTRICT OF TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 3:26:48 PM
CHRISTOPHER A. PRINE
Clerk

### APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WILLIAM CORMAC QUINN, Appellant in the above-entitled and numbered cause, and files this, Appellant's Motion to Extend Time to File Brief, and for good cause moves the Court to grant an extension as follows:

1.  The deadline for filing Appellant's brief in this matter is April 22, 2015.

2.  Appellant is seeking a 30 day extension to file his brief.

3.  Appellant seeks additional time to file his brief for the following reasons:

    Appellant's counsel has been in Arizona working on other cases.

4.  There has been no previous extension granted regarding the filing of the brief and the Harris County District Attorney's Office does not oppose the extension requested.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant this Motion and extend the time to file the brief until May 22, 2015.

Respectfully submitted,

/s/ John S. Cossum
**JOHN S. COSSUM**
TSB #04854500
440 Louisiana, Suite 900
Houston, TX 77002
Telephone: (713) 222-6134
Facsimile: (713) 222-6144
E-Mail: jcossum@cossumlaw.com

ATTORNEY FOR APPELLANT,
WILLIAM CORMAC QUINN

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with all other parties which are listed below about the merits of this motion with the following results: Counsel for The State of Texas, Assistant District Attorney, Alan Curry, does not object to this motion.

Alan Curry
Chief Prosecutor, Appellate Division
TSB # 05263700
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002
Telephone: (713) 755-5826
E-Mail: curry_alan@dao.hctx.net

ATTORNEY FOR APPELLEE,
STATE OF TEXAS

/s/ John S. Cossum
**JOHN S. COSSUM**
State Bar No. 04854500
440 Louisiana, Suite 850
Houston, Texas 77002
Telephone: (713) 222-6134
Facsimile: (713) 222-6144
E-Mail: jcossum@cossumlaw.com

ATTORNEY FOR APPELLANT,
WILLIAM CORMAC QUINN

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d) and (e), I certify that

a true and correct copy of the foregoing document has been delivered to all other parties which are

listed below via electronic transmission on this 22nd day of April, 2015.

Alan Curry
Chief Prosecutor, Appellate Division
TSB # 05263700
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002
Telephone: (713) 755-5826
E-Mail: curry_alan@dao.hctx.net

ATTORNEY FOR APPELLEE,
STATE OF TEXAS

/s/ John S. Cossum
**JOHN S. COSSUM**
State Bar No. 04854500
440 Louisiana, Suite 850
Houston, Texas 77002
Telephone: (713) 222-6134
Facsimile: (713) 222-6144
E-Mail: jcossum@cossumlaw.com

ATTORNEY FOR APPELLANT,
WILLIAM CORMAC QUINN